**Order entered August 4, 2022**



In The
### Court of Appeals
### Fifth District of Texas at Dallas

No. 05-22-00175-CV

**PATRICIA A. ERVING, Appellant**

**V.**

**GARLAND HOUSING AGENCY, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-15968**

### ORDER

On July 26, 2022, we notified appellant that her brief was deficient and directed her to file an amended brief within ten days. Our notice also cautioned appellant that failure to comply could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).

Before the Court is appellant's August 3, 2022 motion for extension of time to file the amended brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 6, 2022. We again caution appellant that failure to file the

amended brief may result in the appeal being dismissed without further notice. *See*

TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).


                                        /s/      BONNIE LEE GOLDSTEIN
                                                 JUSTICE